# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**RODNEY GLOVER**                                      **CIVIL ACTION**

**VERSUS**                                             **NO. 09-3678**

**N. BURL CAIN, WARDEN**                               **SECTION "J"(2)**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Plaintiff Rodney Glover's objection to the Magistrate Judge's Report and Recommendation (**Rec. Doc. 13**), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Rodney Glover for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this __7th__ day of _____January_____, 2010.

_____
UNITED STATES DISTRICT JUDGE